# Court of Appeals
# of the State of Georgia

ATLANTA,   July 03, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0406.  THE STATE v. CARL GREEN.**
**A14A0407.  THE STATE v. QUINTAVIS GREEN.**
**A14A0408.  UNTERRIN LEVERETTE v. THE STATE.**

These companion cases are hereby REMANDED for completion of the record in Case No. A14A0407 with the transcript of the proceeding: *State v. Green et al.*, "Hearing on various defense motions," conducted on September 04, 2013.[1]

Upon the filing of said transcript in the trial court, the clerk of the trial court shall transmit the transcript to this Court for re-docketing of Case Nos. A14A0406, A14A0407, and A14A0408 in this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/03/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ *, Clerk.*

---

[1] On December 13, 2013, counsel for Quintavis Green, filed a request with the trial court's clerk to supplement the appellate record with, inter alia, this transcript. While supplemental transcripts were thereafter received by this Court on January 10, 2014, the cited transcript has not been received. See generally *Davis v. State*, 287 Ga. 414, 415, n. * (696 SE2d 644) (2010) (noting that an appellate court may take judicial notice of the records of other cases before it).